IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
Western DIVISION

FILED
JAN 18 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Ronald S. Lasorsa )
              Plaintiff, )  **NOTICE OF**
v. ) **SELF-REPRESENTATION**
)
J. Edward Bell III, Esq. ) 5:24-CV-00031-BO
              Defendant. )

I, RONALD S. LASORSA, Plaintiff in the above-captioned matter, hereby enter my appearance as a pro se party. I understand that I am responsible for notifying the court of any change in my contact information and if I obtain representation by an attorney in the future.

Pursuant to Local Civil Rule 5.1(f)(2), I understand that where the clerk scans and electronically files documents into the Court's Case Management/Electronic Case Filing ("CM/ECF") system on my behalf, the filing generates a Notice of Electronic Filing ("NEF") that is served on registered users of CM/ECF in the case. The NEF constitutes service on registered users in the case pursuant to Fed. R. Civ. P. 5(b)(2)(E).

I understand that pursuant to Fed. R. Civ. P. 5(d), I must still serve any non-registered users of CM/ECF in the case with a copy of every paper that I file and file a certificate of service.

I agree that all court papers may be mailed to me by first-class mail at the mailing address I provide on this form. I also agree that if I have completed and submitted a Pro Se Consent & Registration Form to Receive Documents Electronically that all court papers may be emailed to me at the email address I provide on this form.

I have previously submitted a Pro Se Consent & Registration Form to Receive Documents Electronically on January 18th, 2024.

I understand that I am responsible for notifying the court of any change in my contact information and if obtain representation by an attorney in the future. My contact information is as follows:

My Mailing Address (same as my street address) is:

121 Sharpsburg Road

| Sharpsburg | KY | 40374 |
|---|---|---|
| Town/City | State | Zip Code |

1-407-516-0196
Telephone Number (daytime)

rsl@nobetteradvocate.com
Email address

Date: January 18th, 2024

*[signature]*