IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:24-CV-00031-BO

| | |
|---|---|
| **RONALD S. LASORSA,** | |
| **Plaintiff,** | |
| v. | **DEFENDANT'S MOTION TO DISMISS** |
| **J. EDWARD BELL III, ESQ.,** | |
| **Defendant.** | |

NOW COME Defendant J. Edward Bell III, Esq., ("Defendant") by his attorneys Jeremy A. Stephenson and Matthew Paris of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and hereby responds to the Complaint of Plaintiff Ronald S. Lasorsa with this Motion to Dismiss Plaintiff's Complaint pursuant to 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff failed to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6) in that Plaintiff's Complaint (1) fails to establish a duty owed to him or a breach and therefore cannot prove negligence and (2) Plaintiff's Fourteenth Amendment claim fails as it only applies to acts of a state government not to actions taken by the United States federal government and it does not apply to private action.

In light of the foregoing, Defendant respectfully requests this Court dismiss Plaintiff's Complaint for

This 13th day of February, 2024.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Jeremy A. Stephenson
Jeremy A. Stephenson, N.C. Bar 34623
525 North Tryon Street, Suite 1600
Charlotte, NC 28202
T: 704.302.1330
E: Jeremy.Stephenson@wilsonelser.com
*Attorney for Defendant*

1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 13, 2024 the aforementioned **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** was filed via ECF filing which will serve all counsel of record in the above-referenced matter:

>Ronald S. Lasorsa
>121 Sharpsburg Road
>Sharpsburg, KY 40374
>rsl@nobetteradvocate.com
>*Pro Se Plaintiff*

This 13th day of February, 2024.

>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
>
>/s/ Jeremy A. Stephenson
>Jeremy A. Stephenson, N.C. Bar 34623
>525 North Tryon Street, Suite 1600
>Charlotte, NC 28202
>T:704.302.1330
>E: Jeremy.Stephenson@wilsonelser.com
>*Attorney for Defendant*