IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:24-CV-00031-BO

| | |
|---|---|
| RONALD S. LASORSA,<br><br>    **Plaintiff,**<br><br>v.<br><br>J. EDWARD BELL III, ESQ.,<br><br>    **Defendant.** | **NOTICE OF APPEARANCE** |

  Jeremy A. Stephenson and Matthew Paris of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP submits his Notice of Appearance as counsel for Defendant J. Edward Bell III, Esq. in the above-captioned lawsuit.

  This 14th day of February, 2024.

                **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                /s/ Jeremy A. Stephenson
                Jeremy A. Stephenson, N.C. Bar 34623
                525 North Tryon Street, Suite 1600
                Charlotte, NC 28202
                T: 704.302.1330
                F: 704.302.1331
                E: Jeremy.Stephenson@wilsonelser.com
                *Attorney for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 14, 2024 the aforementioned **NOTICE OF APPEARANCE** was filed via ECF filing which will serve all counsel of record in the above-referenced matter:

>Ronald S. Lasorsa
>121 Sharpsburg Road
>Sharpsburg, KY 40374
>rsl@nobetteradvocate.com
>*Pro Se Plaintiff*

This 14th day of February, 2024.

>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
>
>/s/ Jeremy A. Stephenson
>Jeremy A. Stephenson, N.C. Bar 34623
>525 North Tryon Street, Suite 1600
>Charlotte, NC 28202
>T: 704.302.1330
>F: 704.302.1331
>E: Jeremy.Stephenson@wilsonelser.com
>*Attorney for Defendant*