Ronald S. Lasorsa
121 Sharpsburg Road
Sharpsburg, KY 40374
rsl@nobetteradvocate.com
407-516-0196

February 23, 2024

United States District Court
Eastern District of North Carolina
Clerk of the Court
310 New Bern Avenue, Suite 174
Raleigh NC 27601

Re: Lasorsa v. Bell / No: 5:24-CV-00031-BO

Dear Clerk of the Court:

Enclosed, please find the affidavit of service of the complaint in the above-referenced matter, to be appropriately filed.

I am also asking your office for an Entry of Default against the defendant. As the attached affidavit shows, the Summons and Complaint in this matter were served upon the defendant on January 19th, 2024. As per the Federal Rules of Civil Procedure, the defendant had twenty-one (21) days to respond, which was February 9th, 2024. To date, the defendant has not answered the summons and complaint.

On February 13th, 2024, the defendant filed a Motion to Dismiss this case in its entirety. However, his motion to dismiss was untimely, as it was filed after the twenty-one days had lapsed and did not toll his time to answer.

Kindly let me know what other information you require from me to facilitate this process. I can be reached at the information above, at your earliest convenience.

Sincerely,

Ronald S. Lasorsa

Enc./