

FROM: Ronald S. Laposa
121 Sharpsburg Rd
Sharpsburg, KY 40374
PHONE: 407-516-0196

TO: US District Court
Eastern District of North Carolina
310 New Bern Avenue Ste 174
Raleigh, NC
27601

RECEIVED FEB 27 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC



# UNITED STATES POSTAL SERVICE | PRIORITY MAIL EXPRESS



EMS

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.