IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00031-BO

RONALD S. LASORSA,

        Plaintiff,

vs.

J. EDWARD BELL III, ESQ.,

        Defendant,

**AFFIDAVIT OF DEFENDANT J. EDWARD BELL III**

Personally appeared before the undersigned officer, duly authorized to administer oaths, J. Edward Bell III, who, after having first been duly sworn, deposes and states as follows:

1.

My name is J. Edward Bell III. I am above the age of twenty-one years old, suffer from no mental defects, am competent to testify as to the statements contained herein, and make these statements based upon my personal knowledge. I voluntarily give this affidavit and authorize its use in the above-styled action.

2.

The facts of this Affidavit are based on my personal knowledge.

3.

At no time have I authorized any person or individual to act as an agent, who can accept service on my behalf.

4.

The address of 219 Ridge Street, Georgetown, SC 29440 is not my usual place of abode.

5.

Morgan Derrick is not an officer, a manager, or general agent, who is authorized to accept service on behalf of Bell Legal Group.

6.

Abigail Swofford is not an officer, a manager, or general agent, who is authorized to accept service on behalf of Bell Legal Group.

FURTHER AFFIANT SAYETH NOT.

This 1st day of March, 2024.

_____
INSERT NAME

Sworn to and subscribed before me
This __1__ day of __March__, 2024.

_Patricia D Mobley_
Notary Public
My Commission Expires  1/24/2033

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00031-BO

RONALD S. LASORSA,

        Plaintiff,

vs.

J. EDWARD BELL III, ESQ.,

        Defendant,

**AFFIDAVIT OF ERIC WILLIAM FLYNN**

Personally appeared before the undersigned officer, duly authorized to administer oaths, Eric William Flynn, who, after having first been duly sworn, deposes and states as follows:

1.

My name is Eric William Flynn. I am above the age of twenty-one years old, suffer from no mental defects, am competent to testify as to the statements contained herein, and make these statements based upon my personal knowledge. I voluntarily give this affidavit and authorize its use in the above-styled action.

2.

The facts of this Affidavit are based on my personal knowledge.

3.

I am a partner at the law firm Bell Legal Group.

4.

Bell Legal Group is located at 219 Ridge Street, Georgetown, SC 29440 with an office in North Carolina, located at 751 Corporate Center Drive, Suite 300, Raleigh, NC 27607.

5.

293829657v.1

On January 19, 2024, the address of 219 Ridge Street, Georgetown, SC 29440 was not my usual place of abode.

6.

On January 19, 2024, I was not present in the United States.

7.

On January 19, 2024, I was not personally served in the above-styled lawsuit as

8.

On January 19, 2024, Morgan Derrick was not authorized to accept service on my behalf.

FURTHER AFFIANT SAYETH NOT.

This __1__ day of March, 2024.

                                                              J. Edward Bell, III

Sworn to and subscribed before me
This __1__ day of __March__, 2024.

_Patricia D. Mobley_
Notary Public
My Commission Expires  1/24/2033