IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00031-BO

RONALD S. LASORSA,

    Plaintiff,

vs.

J. EDWARD BELL III, ESQ.,

    Defendant,

**AFFIDAVIT OF ERIC WILLIAM FLYNN**

Personally appeared before the undersigned officer, duly authorized to administer oaths, Eric William Flynn, who, after having first been duly sworn, deposes and states as follows:

1.

My name is Eric William Flynn. I am above the age of twenty-one years old, suffer from no mental defects, am competent to testify as to the statements contained herein, and make these statements based upon my personal knowledge. I voluntarily give this affidavit and authorize its use in the above-styled action.

2.

The facts of this Affidavit are based on my personal knowledge.

3.

I am a partner at the law firm Bell Legal Group.

4.

Bell Legal Group is located at 219 Ridge Street, Georgetown, SC 29440 with an office in North Carolina, located at 751 Corporate Center Drive, Suite 300, Raleigh, NC 27607.

5.

Morgan Derrick is not an officer, a manager, or general agent, who is authorized to accept service on behalf of Bell Legal Group.

6.

Abigail Swofford is not an officer, a manager, or general agent, who is authorized to accept service on behalf of Bell Legal Group.

FURTHER AFFIANT SAYETH NOT.

This 4th day of March, 2024.

_____
Eric W. Flynn

Sworn to and subscribed before me
This 4 day of March, 2024.

_____
Notary Public
My Commission Expires – 02/20/2029

*[Notary Seal: MORGAN MCGEE DERRICK, NOTARY PUBLIC, STATE OF SOUTH CAROLINA, My Commission Expires 02-20-2029]*