FILED

APR 17 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___mub___ DEP CLK

Ronald S. Lasorsa
121 Sharpsburg Road
Sharpsburg KY 40375
RSL@Nobetteradvocate.com
407-516-0196
www.nobetteradvocate.com

April 15, 2024

United States District Court
Eastern District of North Carolina
Clerk of Court
310 New Bern Avenue, Suite 174
Raleigh NC 27601

RE: Lasorsa v. Bell / No: 5:24–CV–00031-BO

Dear Clerk of Court:

I am attaching email correspondence proposing a pre-litigation settlement conference related to this matter to collaboratively resolve the concerns I raised on behalf of Veterans in my original complaint.

I have also attached a copy of the Securities and Exchange Commission Victory Litigation Fund 1 LP, Form C/A, which I filed on April 8, 2024. This document outlines the exact terms and conditions of my proposal to the Court.

Please enter these items into the docket record to memorialize my offer to the Defendant.

Sincerely,

Ronald S Lasorsa
Pro Se

Enc./