# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

---

**UNITED STATES POSTAL SERVICE®**  |  **PRIORITY MAIL EXPRESS®**



EI 108 122 820 US

### CUSTOMER USE ONLY

**FROM:** (PLEASE PRINT)  PHONE ( 407 ) 516 - 0196

Row Lasorsa
121 Sharpsburg Road
Sharpsburg KY 40375

### DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.*

**TO:** (PLEASE PRINT)  PHONE ( )

US District Court
Eastern District of North Carolina
310 New Bern Ave Suite 174
Raleigh NC

ZIP+4® (U.S. ADDRESSES ONLY)

2 7 6 0 1 - 

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

 **PEEL FROM THIS CORNER**

### PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

### ORIGIN (POSTAL SERVICE USE ONLY)

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 403 11 | 4/16/24 | $30.45 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 4/15/24 | ☑ 6:00 PM | | |
| Time Accepted | | **RECEIVED** | |
| 9:48 ☐AM ☐PM | | | |
| | | Return Receipt Fee | Live Animal Transportation Fee |
| | | **APR 17 2024** | |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | PETER A. MOORE, JR., CLERK US DISTRICT COURT, EDNC | |
| Weight | ☐ Flat Rate | Acceptance Employee Initials | |
| lbs. 15.4 ozs. | TD | $30.45 | |

### DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature | |
| | ☐AM ☐PM | | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature | |
| | ☐AM ☐PM | | |

LABEL 11-B, MAY 2021  PSN 7690-02-000-9396

**UNITED STATES POSTAL SERVICE.**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.

 **UNITED STATES POSTAL SERVICE**® | **PRIORITY MAIL EXPRESS**®

 **EMS**

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

# GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.