Ronald S. Lasorsa
121 Sharpsburg Road
Sharpsburg KY 40375
RSL@Nobetteradvocate.com
407-516-0196
www.nobetteradvocate.com

FILED
APR 29 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

April 25, 2024

United States District Court
Eastern District of North Carolina
Clerk of Court
310 New Bern Avenue, Suite 174
Raleigh NC 27601

RE: Lasorsa v. Bell / No: 5:24–CV–00031-BO

Dear Clerk of Court:

I am attaching an email correspondence outlining my proposal to Mr. Bell. This is my second email to Mr. Bell's attorney proposing a pre-litigation settlement conference related to this matter. I am attempting to resolve the concerns I raised on behalf of Veterans in my original complaint collaboratively and in the best interest of the Court.

I have also attached a copy of the document titled **"Lasorsa v Bell lawsuit objective."**
This document outlines the exact terms and conditions of my proposal to the Court.

Please, in accordance with the formal procedures, enter these items into the docket record to memorialize my continued efforts to work collaboratively with the Defendant.

Lastly, I respectfully request that you schedule this matter for a hearing before Judge Boyle as soon as possible so I may present my proposal directly to the Court.

Sincerely,

Ronald S Lasorsa
Pro Se

Enc./