# Lasorsa v Bell lawsuit objective

**Lasorsa supporting evidence** – https://www.nobetteradvocate.com/

1. Based on my first-hand knowledge and unmatched expertise, I respectfully request that I be appointed CLWL "Special Master" to identify and cure the intake fraud committed by multiple law firms. This fraud may have been motivated by third-party litigation financing from US-based organized crime or Russian, Chinese, and Iranian Sovereign Wealth funds.

2. When appointed, in addition to curing the intake fraud, I will also optimize the Elective Option claims process for 10,000 eligible claimants using a new ethical highwater mark standard for case origination via VA medical diagnosis discovery, AI-enhanced case management, and secure claims submission on the blockchain. All case costs will be financed using a non-traditional source of capital: crowdfunded SEC security offerings and revenue share security tokens.

3. Based upon the results of these efforts, I will then recruit a more inclusive leadership team of Minority, Women, and Veteran personal injury litigators to pursue military service-related toxic exposure claims in a new mass tort. I intend to pursue Justice for all veterans eligible for expanded healthcare benefits under the 2022 PACT Act Law by hand-selecting a plaintiff steering committee trial team under the "1800Veteran" group attorney advertising campaign.

**Victory Litigation Fund $5MM Reg CF** – https://chainraise.io/offer/victory-litigation-fund

4. I will market the "10X Impact Enhancement" program described on page 31 of the Reg CF PPM to reputable veteran-related IRS 501c3 and 501c4 tax-exempt non-profits that address the veteran community's four key issues: food security, homelessness, toxic exposure remediation, and PTSD suicide prevention.
   a. This alternate source of operating capital will be used to privately fund alternatives to the VA healthcare system by democratizing access for unaccredited veteran small investors to profits that would have otherwise gone to institutional or accredited third-party litigation finance investors.
   b. I will employ stay-at-home military spouses to promote the 10x Impact Enhancement distribution assignment program to law firms and existing veteran-related non-profits. This will provide the "spouses" with the needed financial support to stay home and raise their families while helping heal our veteran community.
   c. I will pay these "spouses" and unaccredited veteran small investors to identify the lawyers representing 3M and CLJA veterans who agree to donate 10% of their legal fees to reputable veteran-related charities. Those lawyers will receive a "NO BETTER ADVOCATE" endorsement for their cash donation.
   d. I will lobby the next Congress to pass a PACT ACT amendment that enshrines the 10X Impact Enhancement program as the exclusive source of financing for these types of military service-related claims. This amendment would also address the other significant deficiencies in the current law and ensure justice for all qualified veterans beyond a select few at a single contaminated military installation.

5. I will reinvest 50% of my net income from this project to create a Toxic Exposure Healing Center in Appalachia, KY. This center will allow veterans to try a new privately funded alternative to the VA healthcare system.