## Bloomberg Law articles supporting my claims

https://news.bloomberglaw.com/us-law-week/as-litigation-funders-skirt-sanctions-its-time-for-disclosure

https://news.bloomberglaw.com/us-law-week/putins-billionaires-sidestep-sanctions-by-financing-lawsuits

https://news.bloomberglaw.com/us-law-week/china-firm-funds-us-lawsuits-amid-push-to-disclose-foreign-ties

https://news.bloomberglaw.com/us-law-week/litigation-finance-trade-group-shrugs-off-forced-disclosure-push

https://news.bloomberglaw.com/us-law-week/litigation-finance-has-become-money-play-house-lawmakers-told

https://news.bloomberglaw.com/us-law-week/burford-eyes-37-000-return-in-16-billion-win-over-argentina

https://www.insurancejournal.com/news/national/2023/10/31/746288.htm#:~:text=The%20government%20plan%20to%20pay,largest%2Dever%20mass%20tort%20cases

https://news.bloomberglaw.com/daily-labor-report/attorney-mikal-watts-resigns-and-shuts-down-puerto-rico-office

https://news.bloomberglaw.com/business-and-practice/man-linked-to-money-laundering-aids-litigation-finance-startup

https://news.bloomberglaw.com/business-and-practice/china-firm-funds-us-lawsuits-amid-push-to-disclose-foreign-ties

https://news.bloomberglaw.com/product-liability-and-toxics-law/bogus-claims-threaten-to-taint-camp-lejeune-toxic-water-payouts?

https://news.bloomberglaw.com/business-and-practice/3m-lawsuit-investors-ordered-to-be-unmasked-amid-6-billion-deal

https://www-cnbc-com.cdn.ampproject.org/c/s/www.cnbc.com/amp/2024/04/12/epic-systems-boots-particle-health-for-unauthorized-sharing-of-data-.html