**PRESS FIRMLY TO SEAL**

FSC

PAPER POUCH

**PRESS FIRML[E]**

UNITED STATES POSTAL SERVICE®

27601

**$30.45**

RDC 07

R2305P150727-10

# PRIORITY MAIL EXPRESS®

UNITED STATES POSTAL SERVICE®

**PRIORITY MAIL EXPRESS®**

EI 108 122 878 US

b.c.

CUSTOMER USE ONLY
**FROM:** (PLEASE PRINT)  PHONE ( 407 ) 516 - 0196

Ronald S. Lasorsa
121 Sharpsburg Road
Sharpsburg KY 40375

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.

ORIGIN (POSTAL SERVICE USE ONLY)
☑ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 40311
Scheduled Delivery Date (MM/DD/YY): 4/26/24
Postage: $ 30.45 X/oz

Date Accepted (MM/DD/YY): 4/25/24
Scheduled Delivery Time: ☑ 6:00 PM  X
Insurance Fee: $
COD Fee: $

Time Accepted: 9:27  ☑ AM  ☐ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 30.45

Weight: lbs 6 ozs  ☐ Flat Rate
Acceptance Employee Initials: 7N
$

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

**RECEIVED**
APR 29 2024
[ ... ] MOORE JR., CLERK
[ ... ] DISTRICT COURT, ED[NC]

**TO:** (PLEASE PRINT)  PHONE ( )
US District Court
EDNC - Clerk of Court
310 New Bern Ave. Suite 174
Raleigh NC

ZIP + 4® (U.S. ADDRESSES ONLY)
2 7 6 0 1 - ___ ___ ___ ___

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

To schedule free Package [Pickup,] scan the QR code.

**USPS.COM/PICKUP**

☜ **PEEL FROM THIS CORNER**

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time | Employee Signature
☐ AM ☐ PM

Delivery Attempt (MM/DD/YY) | Time | Employee Signature
☐ AM ☐ PM

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

 **UNITED STATES POSTAL SERVICE**® | **PRIORITY MAIL EXPRESS**®

 **EMS**

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**GUARANTEED\* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.