# AFFIDAVIT OF SERVICE

| Case: 5:24-CV-00031-BO | Court: Eastern District of North Carolia for the Western Division | County: | Job: 10269575 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Ronald S Lasorda | | **Defendant / Respondent:** J Edward Bell III, Esq | |
| **Received by:** Rapid Serve 24/7 | | **For:** Pro Se | |
| **To be served upon:** J Edward Bell III, Esq | | | |

I, Anthony Barone, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** J Edward Bell III, Esq, Company: 219 Ridge Street, Georgetown, SC 29440
**Manner of Service:** Substitute Service - Business, Jan 19, 2024, 11:30 am EST
**Documents:** SKM_C750i24011810140.pdf

**Additional Comments:**
1) Successful Attempt: Jan 19, 2024, 11:30 am EST at Company: 219 Ridge Street, Georgetown, SC 29440 received by J Edward Bell III, Esq. Age: 25-35; Ethnicity: Caucasian; Gender: Female; Weight: 130-140; Height: 5'4"; Hair: Blond; Eyes: Brown; Relationship: Assistant ; Other: Mr. Bells assistant Morgan Derrick accepted documents ;
Mr. Bells assistant reports he is out of the country and accepted documents.

2) Documents sent via certified mail with return receipt.

_____  1/23/24
Anthony Barone         Date

Rapid Serve 24/7
1044 Cadbury Ct
Conway, SC 29527
8439772048

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
1/23/2024          12/20/2033
Date              Commission Expires

