**From:** Ron Lasorsa rslasorsa0302@icloud.com
**Subject:** Phone call from Ed Bell
**Date:** April 30, 2024 at 6:08 AM
**To:** Ron Lasorsa rsl@victorydfi.com
**Cc:** Ron Lasorsa RSL@rslprime.com



Sent from my iPhone