**EXHIBITS:**

Exhibit 1 – Document: Alpha Law Legal Opinion.pdf.
Exhibit 2 – Document: Waterfall $25MM - 500MM Term Sheet.pdf.
Exhibit 3 – Document: Akin Mears Arbitration Demand Letter.pdf.
Exhibit 4 – Document: Excelium Separation Agreement.pdf.
Exhibit 5 – Document: DRLG Demand Letter.pdf.
Exhibit 6 – Document: Lasorsa S.E.C. Qui Tam Claim.pdf.
Exhibit 7 – Document: Declaration of Gregory Rueb.pdf.
Exhibit 8 – Document: Jacob Lasorsa death certificate.pdf.
Exhibit 9 – Document: Plummer v McSweeny 2018 Lasorsa Release.pdf.
Exhibit 10 – Document: DRLG 2019 Settlement Agreement – Rueb Signature.pdf.
Exhibit 11 – Document: Lasorsa blackball evidence.pdf.

**FURTHER AFFIANT SAYETH NOT:**

_____
RONALD S. LASORSA

BEFORE ME, the undersigned authority, duly authorized to administer oaths and take acknowledgements, personally appeared RONALD S. LASORSA, who produced - **FLDL L262-737-66-302-0** as identification, and who says that the foregoing is true and correct.

SWORN TO AND SUBSCRIBED before me this ___10___ day of April 2023.

_____
Notary Public, State of Florida

MELISSA DUMONT
Commission # GG 954459
Expires February 3, 2024
Bonded Thru Budget Notary Services

My Commission No: GG954459
My Commission Expires: