# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006
EP13F May 2020
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS™**

EI 108 122 881 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE ( 407 ) 516-0196

Ron Lasorsa
121 Sharpsburg Road
Sharpsburg KY 40375

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT) PHONE ( )

US District Court
Clerk of Court
310 New Bern Ave. Ste 174
Raleigh NC

ZIP + 4® (U.S. ADDRESSES ONLY)
2 7 6 0 1 - ___

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

▷ PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 40311
Scheduled Delivery Date: 5-1-24
Postage: $30.45
Date Accepted (MM/DD/YY): 4-30-24
Scheduled Delivery Time: ☒ 3:00 PM
Time Accepted: 3:23 PM

**RECEIVED MAY 02 2024**
PETER A. MOORE JR., CLERK
US DISTRICT COURT, EDNC

Weight: ☒ Flat Rate
Acceptance Employee Initials: SC
$30.45

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MAY 2021  PSN 7690-02-000-9996

**UNITED STATES POSTAL SERVICE®**





**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006   EP13F May 2020
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.