Ronald S. Lasorsa
121 Sharpsburg Road
Sharpsburg KY 40375
RSL@Nobetteradvocate.com
407-516-0196
www.nobetteradvocate.com

May 6, 2024

United States District Court
Eastern District of North Carolina
Clerk of Court
310 New Bern Avenue, Suite 174
Raleigh NC 27601

RE: Lasorsa v. Bell / No: 5:24–CV–00031-BO-RN

Dear Clerk of Court:

By the formal procedures, please enter these three documents into the docket record:

1- Order of Default Judgement for Signature
2- Waterfall $500MM Term Sheet executed December 16, 2017
3- Waterfall $41MM Delayed Draw Loan Facility executed March 28, 2018

I have included those two contracts as evidence, demonstrating that I have executed a transaction of similar size and scope to the one proposed in the Order of Default Judgment I have attached.

The "Waterfall" transactions described in these two documents are referred to in my SEC Whistleblower report labeled "Tips, Complaints, and Referrals," entered into the docket on 2 May 2024.

Sincerely,

*[signature]*

Ronald S Lasorsa
Pro Se