

**PRIORITY MAIL EXPRESS** — FLAT RATE ENVELOPE

FROM: Ron Lasorsa
121 Sharpsburg Road
Sharpsburg KY 40374
PHONE: (407) 576-0196

TO: US District Court
310 New Bern Ave Ste 174
Raleigh NC
ZIP: 27601

PO ZIP Code: 40311
Scheduled Delivery Date: 5/7/24
Postage: $30.45
Date Accepted: 5/6/24
Time Accepted: 10:52 AM
Weight: 5.9 oz
Flat Rate
Total Postage & Fees: $30.45

RECEIVED MAY 08 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Tracking: EI 108 122 921 US


# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


PS10001000006
EP13F May 2020
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.