Ronald S. Lasorsa
121 Sharpsburg Road
Sharpsburg KY 40375
RSL@Nobetteradvocate.com
407-516-0196
www.nobetteradvocate.com

FILED
MAY 15 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

May 13, 2024

United States District Court
Eastern District of North Carolina
Clerk of Court
310 New Bern Avenue, Suite 174
Raleigh NC 27601

RE: Lasorsa v. Bell / No: 5:24–CV–00031-BO-RN

Dear Clerk of Court:

I regret to inform you that I have had to modify my original complaint and Order of Default Judgment, and I humbly request the Court's patience.

My understanding of the law is limited, as I am a Pro Se Plaintiff. This unrepresented status is due to my inability to secure competent legal representation, a challenge derived from the nature of my complaint and my intentional actions as a whistleblower.

Unfortunately, influential lawyers like the Defendant Attorney Bell and Attorney Rueb, whom I mentioned in previous correspondence, have protected each other by slandering my professional reputation, and the legal services industry has blackballed me.

This has led to significant personal repercussions, as I can no longer earn a living in my chosen profession or secure competent legal representation for this matter before the Court.

To be clear, I am not saying I bear no responsibility for this blatant ostracism.

I willingly admit that I am still suffering from Complex PTSD after the loss of my youngest son, Jacob, on October 14, 2016.

I willingly acknowledge that I have chosen confrontation rather than collaboration.

Unfortunately, the pain of my loss fuels my unrelenting attack on those individuals I know are committing crimes, and consequently, I make no apologies for my behavior.

As I continue to familiarize myself with the Local Rules of the Court, I recently discovered Rule 72.3, Authority of Magistrate Judge. To wit: ***Conduct of Trial and Disposition of Civil Cases upon Consent of the Parties – 28 U.S.C. § 636(c). Subject to the provisions of Local Civil Rule 72.2(c), a specially designated magistrate judge may conduct any or all proceedings in any civil case that is filed in this court and assigned to the magistrate judge, including the conduct of a jury or non-jury trial, and may order the entry of a final judgment in accordance with 28 U.S.C. § 636(c).***

Consequently, I request that the Court accept this correspondence to modify my original complaint.

I hereby invoke my Sixth Amendment Constitutional Right to a speedy and public trial by an impartial jury to consider the facts so they may ultimately award me the amended Final Judgment attached.

By the formal procedures, please enter the following three documents into the docket record:

1- Jacob Lasorsa's Death Certificate
2- Ron Lasorsa Blackball evidence
3- Order of Final Judgment for signature


Respectfully,

*[signature]*

Ronald S Lasorsa
Pro Se