

**Registry of Vital Records and Statistics**
**CERTIFICATE OF DEATH**
**MEDICAL EXAMINER**

State File # 2016 046154
Registered # 2106-D-18
OCME CASE # 2016-12875

Form R-301 08012015

| Field | Value |
|---|---|
| Place of Death | 104 QUAKER LANE, BOLTON, MA |
| Date of Death | OCTOBER 14, 2016 |
| Age | 20 YRS |
| Sex | MALE |
| Current Name | LASORSA, JACOB CHRISTIAN |
| Surname at Birth or Adoption | LASORSA |
| SSN | 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 |
| AKA | --- |
| Date of Birth | FEBRUARY 06, 1996 |
| Birthplace | TRENTON, NEW JERSEY |
| Residence | 104 QUAKER LANE, BOLTON, MASSACHUSETTS 01740 |
| Race | WHITE |
| Education | HIGH SCHOOL GRADUATE OR GED |
| Marital Status | NEVER MARRIED |
| Occupation/Industry | STUDENT/VOCATIONAL TECHNICAL SCHOOL |
| Last Spouse | --- |
| Decedent U.S. Veteran (Most Recent) | NO |
| Mother/Parent Name | BENINCASA, NORAH K (BENINCASA) |
| Birthplace | NEW YORK |
| Father/Parent Name | LASORSA, RONALD SCOTT (LASORSA) |
| Birthplace | NEW YORK |

**Part I. Cause of Death** – Sequentially list immediate cause then antecedent causes then underlying cause

a. Immediate Cause (Final condition resulting in death): PENDING — Interval: PENDING
b. Due to or as a consequence of: ---
c. Due to or as a consequence of: ---
d. Due to or as a consequence of: ---

**Part II.** Other significant conditions contributing to death but not resulting in underlying cause: ---

Manner of Death: PENDING INVESTIGATION
Time of Death: 99:99
Result of Injury: NO

Certifier: KATHERINE M. LINDSTROM, MD — Lic # 249337
Addr: 720 ALBANY STREET, BOSTON, MASSACHUSETTS 02118

Funeral Licensee/Designee: CHARLES W DEE, JR. — Lic # 5922
Facility/Addr: DEE FUNERAL HOME, CONCORD, MASSACHUSETTS
Immediate Disposition: CREMATION
Date of Immediate Disposition: OCTOBER 26, 2016
Place/Address: LINWOOD CREMATORY, 41 JOHN WARD AVENUE, HAVERHILL, MASSACHUSETTS 01830
Date of Record: NOVEMBER 01, 2016
Date of Amendment: ---

*Pamela H. Powell*
CLERK, TOWN OF BOLTON

---

the undersigned, do hereby certify that I am the Clerk of the Town of Bolton, and that as such I have the custody of the records required by law to be kept in my office. And I do hereby certify that the foregoing is a true copy from said records. Witness my hand and SEAL OF THE TOWN OF BOLTON on his **3rd** day of **November**, **2016**.

*Pamela H. Powell*
Pamela H. Powell, Town Clerk