*Texture Capital*

rsl@victorydfi.com

| | |
|---|---|
| **From:** | Richard Johnson <richard@texture.capital> |
| **Sent:** | Monday, September 19, 2022 8:00 AM |
| **To:** | rsl@victorydfi.com |
| **Subject:** | Victory Litigation Fund |
| **Flag Status:** | Flagged |

Dear Ron,

It is with regret that I must inform you that Texture Capital will not be able to proceed as placement agent for the Victory Litigation Fund.

We discussed with you recently some of the concerns we had stemming from our due diligence process. While you have a credible explanation in each case, we still feel that in aggregate the risks associated with the offering are too high for us to take on. This is somewhat compounded by the fact that as a digital securities broker dealer we are under additional scrutiny from our regulators.

I have enjoyed getting to know you, and truly wish you every success with this endeavour.

Best regards,

Richard.


--
Richard Johnson
CEO - Texture Capital
M: +1 917 319 4434
O: +1 646 979 8558
https://texture.capital

NOTICE REGARDING CONFIDENTIALITY: This electronic transmission, including all attachments, contains information which is confidential and/or protected by intellectual property rights. The information is for the exclusive use of the addressee(s) named herein and subject, without limitation, to any agreement between Texture Capital and the recipient or their employer. Disclosure, copying distribution, or use of the contents of this transmission by anyone other than the intended recipient(s) is prohibited. If you have received this transmission in error, please notify us by reply e-mail and delete the original transmission. Texture Capital, Inc. is a US-registered securities broker. All e-mail sent to this address will be processed by a corporate e-mail system, and is subject to archiving and review by someone other than the recipient.

NOTICE REGARDING SECURITIES OFFERINGS: Texture Capital deals primarily in unregistered securities. These securities are neither approved nor disapproved by the SEC or any other federal or state agency, nor has any regulatory agency endorsed the accuracy or adequacy of either this communication or any offer or solicitation made to buy or sell the securities. This communication does not represent an offer or solicitation to buy or sell securities. Texture Capital does not make recommendations regarding asset allocation, investment strategy or with respect to purchase or sale of any specific securities. Potential buyers or sellers of any securities made available through Texture Capital's systems should seek professional advice prior to entering into any transaction or be professionals themselves. Please refer to https://www.texture.capital/risks for important additional risk disclosures. To help you better understand Texture Capital's services please consult our Form CRS (Customer Relationship Summary), which may can be found at www.texture.capital/crs

**Ron Lasorsa**

Chris Marston

| | |
|---|---|
| **From:** | Ron Lasorsa |
| **Sent:** | Monday, September 20, 2021 10:37 AM |
| **To:** | |
| **Subject:** | FW: Lasorsa - AFG Reg A offering video memo # 2 (15min) |
| **Attachments:** | Centarus Retainer Agreement.pdf |

FYI



**RON LASORSA**
Chief Executive Officer
RSL Prime, LLC
2096 Hartz Aly
Orlando, FL 32814
Tel: (407) 516-0196
E-mail: rsl@rslprime.com

*No Better Advocate, No Worse Adversary*

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

**From:** Ron Lasorsa
**Sent:** Monday, September 20, 2021 10:35 AM
**To:**
**Subject:** FW: Lasorsa - AFG Reg A offering video memo # 2 (15min)

Thank you, Chris. You are the gift that keeps giving.

Conspiracy, collusion, obstruction, tortious interference; are all complicated issues to prove in a court of law.

By removing me from the email chain and disparaging me in front of past investors, you prove the point of Beth's book and my specific allegation against you and the industry in general..

You are right; I have burned every professional bridge in the mass tort old boys club. Guilty as charged. That is why I haven't been able to make a living in mass tort and am in such a diminished economic position at the moment. I lost all of my previous momenta when someone like you sent out an email in the middle of the night and took a $500MM opportunity away from my family just because they got jealous. That sucks, and it cost most of the people on this email chain a lot of money, so I'd say know your audience before you shit on the guy they are counting on to pay them back.

The relevant point of this little drama was to announce that I'm forming MY club.

To be clear, this was a calculated move called a feint in military jargon.

I needed to establish credibility with the new people I am inviting into the new project. I'm pretty sure they would have been just as just skeptical of my claim of conspiracy if they hadn't just witnessed you try to do it yourself. So showing them was my only option, and you gave me exactly what I needed. Thank you.

I'm not in this for the money, nor am I in for anyone's approval.

My little rant yesterday was an undercover operation of sorts, and you've just tied it up nicely with a bow.

Next time, don't forget to remove the Law Professor who wrote a book on lawyer malfeasance from the email chain. Oops.

Listen, I am not crazy, just determined and on a mission for the rest of you.

Unconventional behavior is necessary when the ruling class makes it impossible to earn a living just because you don't look, act or sound the same way as the majority. And I am more than willing to be the "outsider" to clean up the system.

You could say I was born for the job.

In his email, Chris is saying the quiet part out loud, "Anyone doing business with Ron Lasorsa going forward will be shut out from the cartel." - so pick sides guys and let me know who wants to do business with me going forward and who wants to cash out at 100% face value. That's the only thing I'm asking you guys for at the moment.

For the rest of you, I've gotten all I need out of Chris and Lou and I will certainly understand if you distance yourself from me on this project.

This mission isn't going to be for the feint of heart, so you'll be doing us both a favor if no one does anything that makes them uncomfortable. I intend to stir shit up, so if you aren't willing to pick some fights and take some punches to change the system, now is time to exit the project. You can all read about it in Beth's next book..



**RON LASORSA**
**Chief Executive Officer**
RSL Prime, LLC
2096 Hartz Aly
Orlando, FL 32814
**Tel:** (407) 516-0196
**E-mail:** rsl@rslprime.com

*No Better Advocate, No Worse Adversary*

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

---------- Forwarded message ---------
From: **Christopher Marston** <cmarston@exemplarcompanies.com>
Date: Sun, Sep 19, 2021, 11:46 PM
Subject: Re: Lasorsa - AFG Reg A offering video memo # 2 (15min)

[redacted]



Removing Ron from the chain.

To be clear, Exemplar never had any contractual, legal, or banking relationship with Ron Lasorsa or any kind (for reasons that are likely obvious from the behavior exemplified in his videos). We merely had the recent pleasure, as many of you have had, of being the target of his outburst of threats. We only recently discovered that Mr. Lasorsa had burden nearly every professional bridge he has crossed in the industry, making us a proud addition to the club. There's a reason in investment banking that we measure twice and cut once. The time we spend in diligence was the most valuable, as it is often the case that the best deal is the deal you don't do.

"Res Ipsa Loquitur"

Exemplar Companies, PBC

   Learn more about Exemplar:

  -About Exemplar

  -Here's to the Crazy Ones(Our WHY)

| **Christopher Marston, Esq** | **EXEMPLAR** |
|---|---|
| Chief Executive Officer | LAW STRATEGY TAX CAPITAL |
| Exemplar Companies, PBC | *"The ends exemplify the means."* |
| Ten Post Office Square, 8th Floor | www.exemplarcompanies.com |
| Boston, MA 02109 | Offices: |
| (O) 617-542-7400 | Boston - NYC - Chicago - Tampa<br>Detroit - Denver - Delray Beach<br>Silicon Valley - Los Angeles - Phoenix |
| (C) 617-905-5560 | |