Ronald S. Lasorsa
121 Sharpsburg Road
Sharpsburg KY 40375
RSL@Nobetteradvocate.com
407-516-0196
www.nobetteradvocate.com

FILED

MAY 28 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK


May 28, 2024

United States District Court
Eastern District of North Carolina
Clerk of Court
310 New Bern Avenue, Suite 174
Raleigh NC 27601

RE: Lasorsa v. Bell / No: 5:24–CV–00031-BO-RN

Dear Clerk of Court:

This will be my final submission. I apologize profusely for my multiple filings. I am only a Pro Se Plaintiff and thus prevented from filing any correspondence electronically.

I mailed an amended Final Judgment Order on May 20, 2024, via the United States Post Office Express Delivery Service. By Memorial Day, the day this correspondence was written, it had yet to be delivered to the Court.

Given the gravity of my complaint, I will drive to the EDNC to file this correspondence personally.

Should my previous FINAL JUDGMENT ORDER arrive, please discard it as this Amended Order supersedes all previous submissions.

I inadvertently made a mistake in my legal citation. The 7th Amendment guarantees the right to a jury trial in civil matters, not the 6th.

Given this error and the fact that Attorney Bell unintentionally lost his appeal to secure jury trials for MY Marines and their families, I must beg the Court to withdraw my request to modify my original complaint.

As a Marine Officer, I am morally obligated to subject myself to the same conditions as the rest of MY community.

I will reluctantly consent to a non-jury bench trial.

However, I will point out to the Court that Attorney Bell's late response to my original complaint, lying about being properly served and then losing his appeal for jury trials, proves beyond a reasonable doubt that he is negligent in the performance of his duties as Lead Counsel.

By the formal procedures, please enter the following six documents into the docket record:

1- Amended Final Judgment Order for signature.
2- Declaration Of Greg Rueb, dated December 1, 2022, in which he commits perjury.
3- Settlement Agreement, Release, Confidentiality, and Non-Disparagement Agreement with Greg Rueb.
4- Partial Final Award of the Arbitrator dated June 1, 2023, resulting from mandatory arbitration with Greg Rueb.
5- Final Award of the Arbitrator dated June 20, 2023, resulting from mandatory arbitration with Greg Rueb.
6- Background Check Authorization and SEC Mandatory Disclosure by Ronald S. Lasorsa dated June 21, 2023.

These documents represent the totality of the evidence I require for the Court to conduct a non-jury bench trial on the facts to award my Final Default Judgment.

I respectfully request a bench trial as soon as possible before the Honorable Magistrate Judge to confirm my Default Judgment and subsequent appointment as the CLWL Special Master as described in the attached document.


Semper Fidelis,

*[signature]*

Ronald S Lasorsa
Pro Se