# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

Ronald S. Lasorsa
        Pro Se Plaintiff

v.

J. Edward Bell III, Esq.
        Defendant.

LASORSA v. BELL
No: 5:24-CV-00031-BO-RN

**FINAL JUDGMENT ORDER**

WHEREFORE, the Pro Se Plaintiff is awarded the following Final Judgement:

## Preamble

This FINAL JUDGMENT ORDER finds that the Defendant was negligent when performing his duties as Lead Counsel in the Camp Lejeune Water Litigation (CLWL) and has allowed intake fraud and identity theft to occur in this Honorable Court's jurisdiction.

The Pro Se plaintiff has first-hand knowledge of these acts and the unmatched experience and expertise to identify and resolve the issues currently facing this Honorable Court.

This Honorable Court, in recognition of the Pro Se Plaintiff's expertise, empowers the Pro Se Plaintiff in the following ways:

## Special Master – Role, Responsibilities, Compensation

This Honorable Court officially appoints the Pro Se Plaintiff as "CLWL Special Master" and immediately relieves the negligent Defendant of all responsibilities as Lead Counsel of the CLWL Plaintiff Steering Committee.

This Honorable Court empowers the CLWL Special Master with the full authority, rights, and privileges necessary to carry out the mandate outlined in this Final Judgment Order.

The CLWL Special Master now promotes Attorney Mona Lisa Wallace of the Wallace & Graham Law Firm to Lead Counsel of the CLWL Plaintiff Steering Committee so that she may immediately assume all the Defendant's fiduciary responsibilities.

Attorney Wallace will report directly to the CLWL Special Master, and all other Plaintiff Steering Committee members will report directly to Attorney Wallace in a transparent Chain of Command.

The CLWL Special Master will coordinate with the new Lead Counsel to conduct a forensic audit of the entire CLWL docket, consisting of both filed cases and unfiled administrative claims as of 12 August 2024, to identify and disqualify all unsupportable claims.

The Special Master Audit will seek to identify all United States Government officials and employees, lawyers and their co-counsel partners, vendors, third-party litigation funders, and broker-dealers responsible for intake fraud and identity theft perpetrated in this Honorable Court's jurisdiction.

A "Cooperating Lawyer" is defined as any lawyer with either filed CLWL cases or unfiled administrative claims who willingly provides this Honorable Court and the CLWL Special Master the identities of all co-counsel law firms, all parties that delivered case origination services, all broker-dealers who participated in any third-party funding, all parties who provided valuation services for any Cooperating Lawyer's docket, the terms of all third-party litigation funding agreements and the projected financial return any party expects to receive from any case or claim where a third-party non-litigant has a financial interest in the outcome.

All Lawyers serving on the CLWL Plaintiff Steering Committee must be Cooperating Lawyers.

The CLWL Special Master will consult with the new Lead Counsel and this Honorable Court to remove and replace any current CLWL Plaintiff Steering Committee member who refuses to cooperate.

All Lawyers who refuse to cooperate will immediately be designated "Non-Cooperating Lawyers."

This Final Judgment Order defines a "Non-Cooperating Lawyer" as any lawyer who refuses to provide all the above-referenced information to this Honorable Court and the CLWL Special Master.

The Defendant is immediately and irrevocably designated as a Non-Cooperating Lawyer.

This Honorable Court empowers the CLWL Special Master to recruit, train, and employ the workforce for all services required to perform the CLWL Special Master Audit, exclusively from active duty military spouses and unemployed military veterans, instead of using any comparable established civilian legal services vendors who may have participated in the intake fraud and identity theft so that the military veteran community may receive the economic benefits that would have otherwise gone to those existing civilian legal services vendors already established in the highly lucrative legal services industry.

This Honorable Court empowers the CLWL Special Master to verify the identities of all plaintiffs by directly contacting them using any or all of the following methods: skip tracing to identify a physical home address, using outbound email and text communications to contact said Plaintiffs, and conversational artificial intelligence technology to optimize both inbound and outbound human call-center operations.

All claims will be disqualified if the plaintiff's physical address cannot be confirmed.

This Honorable Court empowers the CLWL Special Master to deploy field agents to visit the physical home addresses of all plaintiffs, notifying them of the official authority of the CLWL Special Master's Final Judgment Order and then physically verifying their actual identity by memorializing a copy of two forms of any Official Government-issued identification.

All plaintiffs will be visited a maximum of three times. After the third attempt, that claim will be disqualified.

Any plaintiff who cannot or will not produce two forms of original official government-issued identification will have their claim immediately disqualified.

This Honorable Court empowers the CLWL Special Master to render all existing attorney-client fee agreements unenforceable.

This Honorable Court empowers the CLWL Special Master to provide all verified Plaintiffs with new attorney-client fee agreements with their original Cooperating Lawyer with the following legal fee caps:

Bellwether Bench Trials – 33% - with ZERO additional fees deducted from any Plaintiff award.
Mass Matrix Settlements – 25% - with ZERO additional fees deducted from any Plaintiff award.
Elective Option Claims - 20% - with ZERO additional fees deducted from any Plaintiff award.

This Honorable Court empowers the CLWL Special Master to demand all third-party litigation funders that provided any loans to all Cooperating Lawyer to reveal the identities of all of their investors so that the CLWL Special Master may verify their true identities using industry-standard "Know-Your-Client" and "Anti-Money Laundering" (KYC/AML) procedures for Accredited Investors so that the CLWL Special Master may determine if any of those investors are associated with either U.S.-based organized crime or the sovereign wealth funds of any American geopolitical adversaries.

Should any third-party funder refuse to provide this Honorable Court and the CLWL Special Master with all their accredited investors' names, this Honorable Court empowers the CLWL Special Master to immediately designate all of that third-party funder's loans as "unenforceable" and with zero recourse to either the Cooperating Lawyer or the verified Plaintiff.

All Non-Cooperating Lawyers will be denied case replacement services, and all of their clients with validated claims will sign a new client fee agreement with the above-referenced legal fee caps exclusively with the new Lead Counsel.

All Non-Cooperating Lawyers will be solely responsible for any resulting economic damages incurred by their refusal to provide their information to this Honorable Court and the CLWL Special Master.

## Sum Certain Fee Award

The Veterans Administration (VA) is ordered to provide the CLWL Special Master funding for the Special Master Audit from the SEVEN HUNDRED AND NINTY SEVEN BILLION DOLLARS ($797,000,000) allocated from Congress in the "Sergeant First Class Heath Robinson Honoring Our Promise to Address Comprehensive Toxics Act of 2022," now known as the Honoring Our PACT Act of 2022, for a sum certain fee of FIVE THOUSAND DOLLARS ($5,000) per claim.

The VA is Ordered to pay these funds in advance on the first business day in the designated months, in THIRTY THOUSAND (30,000) case increments, until the CLWL Special Master has audited the entire CLWL docket.

The first sum certain fee payment of six installments is ONE HUNDRED AND FIFTY MILLION DOLLARS ($150,000,000) and is Ordered to be paid on the first business day of September 2024.

The CLWL Special Master Audit will begin immediately upon VA funding.

The VA is Ordered to make five (5) additional sum certain fee installment payments in January 2025, April 2025, July 2025, October 2025, and January 2026.

These sum certain fees, totaling NINE HUNDRED MILLION DOLLARS ($900,000,000), will be recouped by the CLWL Special Master on behalf of the American Taxpayer by prosecuting all identified

3

Case 5:24-cv-00031-BO-RN    Document 18-1    Filed 05/28/24    Page 3 of 6

bad actors based on the Special Master's Audit results and the CLWL Special Masters' existing Securities and Exchange Commission (SEC) Qui Tam claim filed on October 7, 2022.

## Case Replacement Program

This Honorable Court empowers the CLWL Special Master to recruit, train, and employ the workforce for the CLWL Special Master Audit, exclusively from active duty military spouses and unemployed military veterans, to perform all case replacement services instead of using comparable established civilian legal services vendors who may have participated in the intake fraud and identity theft so that the military veteran community may receive the economic benefit that would have otherwise gone to those existing civilian legal services vendors already established in the highly lucrative legal services industry.

All Cooperating Lawyers will be offered the opportunity to execute the CLWL Special Master's Prime Brokerage Agreement, which is included in the Victory Litigation Fund SEC securities offering, previously filed with this Honorable Court at a sum certain fee of FIFTY THOUSAND DOLLARS ($50,000) per case for services rendered as described in the offering documents.

If any lawyer refuses to sign the Victory Litigation Fund's Prime Brokerage Agreement, they will be immediately designated a Non-Cooperating Lawyer.

All Cooperating Lawyers will receive a sufficient number of replacement cases with updated client fee agreements to offset any economic loss for any existing case disqualified due to the CLWL Special Master audit.

For clarity, the case replacement program intends to ensure that no Cooperating Lawyer will suffer any economic losses from their existing CLWL docket due to this Honorable Court's Final Judgment Order that empowers the CLWL Special Master to cure the identity theft in the existing CLWL docket.

This Honorable Court empowers the CLWL Special Master to initiate the retention of new claims over two years, commencing on January 1, 2025, and ending on December 31, 2026.

This new case origination campaign extension includes all CLWL claims that may qualify under the "Navy Elective Option" described in the "Public Guidance on Elective Option for Camp Lejeune Justice Act claims," issued on September 6, 2023, and updated on September 15, 2023.

This Honorable Court empowers the CLWL Special Master to access and query the entire VA medical record database by using medical diagnosis and treatment codes related to all injuries associated with the CLWL to identify and retain new claims on behalf of all Cooperating Lawyers based on the severity of the injuries as quantified by the total VA medical benefits paid to treat all the diagnosed injuries sustained during the plaintiff's verifiable presence at Camp Lejeune irrespective of the current CLWL eligibility time frame of between August 1, 1953, and December 31, 1987.

All new claims will be verified using the same processes and procedures as the CLWL Special Master Audit, except that in addition to this Order, all new plaintiffs will also receive a "Notice of Potential Claim" drafted by the Lead Counsel.

### New Bellwether Trial Format

This Honorable Court empowers the CLWL Special Master to defer all Bellwether Trials until the first business day of January 2026.

This Honorable Court empowers the CLWL Special Master to select THREE (3) cases for each injury type to be adjudicated during a three-day bench trial before an EDNC Magistrate Judge.

One case will be chosen with above-average medical expenses compared to all other Veterans treated with the same diagnosis who weren't stationed at Camp Lejeune. The second will have average medical expenses, and the third will have minor medical costs.

This Honorable Court empowers the CLWL Special Master to designate THREE (3) matrix settlement payment tiers (high, medium, low) based on the average amount of VA medical benefits paid to objectively indicate the severity of injuries quantified by the amount the American Taxpayer spent to treat the VA-diagnosed injury.

### VA Benefit Holdback

This Honorable Court empowers the CLWL Special Master to aggressively negotiate with the VA to secure substantial reductions in the amount of any benefit holdback sought by the VA for any Plaintiff legal award.

This Honorable Court empowers the CLWL Special Master to solicit charitable donations from unrelated Accredited Investors or Corporate Third Parties to reduce or eliminate the entire VA benefit holdback sought from all verified Plaintiff's legal award by those Accredited Investors or Corporate Third Parties making charitable and tax-deductible cash donations to the designated IRS-approved 501c3 selected by the CLWL Special Master.

This designated IRS-approved 501c3 will reimburse the VA for any remaining benefit holdback amount required to extinguish all verified Plaintiff's remaining medical debt.

### Reporting and Prosecution

The CLWL Special Master and new Lead Counsel will file a "Final Report" with this Honorable Court no later than NINTY (90) days after the CLWL Special Master Audit is completed.

This Final Report will identify the number of claims disqualified and the names of all Non-Cooperating Lawyers, third-party litigation funders, broker-dealers, and lead generation vendors with more than ONE PERCENT (1%) of claims disqualified by the CLWL Special Master Audit.

This Honorable Court empowers the CLWL Special Master to hand-select a "Special Prosecutor" to litigate the CLWL Special Master's existing Qui Tam claim on behalf of the CLWL Special Master after delivering the Final Report against all the parties identified as having a pattern of unsupported and disqualified claims.

This Honorable Court will have exclusive jurisdiction over the CLWL Special Master's existing Qui Tam claim, and all fines will be adjudicated by jury trial in the Eastern District of North Carolina.

If a monetary judgment is awarded due to successful Qui Tam litigation, the VA will recoup the total amount paid to conduct the CLWL Special Master's Audit.

The balance of the remaining financial penalty, if any, will be awarded to the CLWL Special Master.

The CLWL Special Master is Ordered to donate EIGHTY-NINE PERCENT (89%) of all his profit derived from the CLWL Special Master Audit and his Qui-Tam Award to an IRS-approved 501c3 charitable non-profit organization hand-selected by the CLWL Special Master to provide all Plaintiffs an alternative to all VA provided healthcare treatments at zero cost to any verified Plaintiffs.

**IT IS SO ORDERED this \_\_\_\_\_ day of _____, 2024.**

---

**The Honorable United States Magistrate Judge
Robert T. Numbers, II**