**AMERICAN ARBITRATION ASSOCIATION**
**Commercial Arbitration Tribunal**

In the Matter of the Arbitration between

Case Number: 01-22-0005-0289

Dalimonte Rueb Litigation Group, L.L.P. and
Gregory D. Rueb         "Claimants"
-vs-
Ronald S. Lasorsa       "Respondent"

**FINAL AWARD OF ARBITRATOR**

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into between the above-named parties and dated March 19, 2019, and having been duly sworn, and having duly heard the proofs and allegations of the Claimants, represented by Andrew Solomon, Esq., Paul Summit, Esq., and Clark Freeman, Esq., and Respondent, appearing *Pro Se*, and oral argument having been held via videoconference on May 8, 2023, hereby AWARD as follows:

1. Consistent with the Partial Final Award issued on June 1st, 2023, Claimants have submitted a number of invoices listing the sums requested as damages, interest, as well as attorneys' fees.[1]

2. As determined in the Partial Final Award dated June 1, 2023, the Tribunal orders Respondent to pay the amount of USD 500,000.00 (five hundred thousand United States dollars) to the Claimants as compensation for the damages Claimants suffered as a result of Respondent's contractual breach.

3. Furthermore, the Tribunal finds that under Section 13 of the Settlement Agreement, Respondent must pay interest on the amount mentioned above at the rate of 18% per annum. The interest started accruing on the date of the first breach, namely November 20th, 2022,[2] until the date the Partial Final Award was issued, on June 1st, 2023, totaling 193 days. Therefore, the Tribunal orders Respondent to pay the amount of USD $47,589.04 (forty seven thousand five hundred and eighty nine United States dollars and four cents) in pre-award interest.

4. Finally, the Tribunal found in its Partial Final Award that Respondent must compensate Claimants for the amount expended in attorneys' fees. The Tribunal has reviewed the invoices submitted by Claimants, including

---

[1] See Dalimonte v. Lasorsa, Case Number: 01-22-0005-0289, Partial Award, para. 78 (June 1st, 2023).
[2] See Dalimonte v. Lasorsa, Case Number: 01-22-0005-0289, Partial Award, para. 34, 46 (June 1st, 2023).

Case 5:24-cv-00031-BO-RN   Document 18-5   Filed 05/28/24   Page 1 of 2

applicable rates and discounts, and found the sums therein reasonable in accordance with Rule 47(d) of the AAA Commercial Arbitration Rules. Therefore, the Tribunal orders Respondent to pay USD 59,751.18 (fifty nine thousand seven hundred and fifty one United States dollars and eighteen cents) to Claimants as reimbursement of attorneys' fees. The Tribunal finds that the amounts Claimants disbursed on contract paralegals do not constitute attorneys' fees, and therefore are not recoverable.

The administrative fees of the American Arbitration Association totaling $5,500.00 and the compensation of the Merits Arbitrator totaling $47,523.00 shall be borne by Claimants. The compensation of the Emergency Arbitrator totaling $24,510.00 shall be borne as incurred.

This Final Award is in full settlement of all claims and counterclaims submitted to this Arbitration. All claims not expressly granted herein are hereby denied.

Jun 29 2003
Date                         Daniel A. Schnapp

I, Daniel A. Schnapp, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Final Award.

Jun 29, 2•25
Date                         Daniel A. Schnapp