# Background Check Authorization 

**Print Name:** Ronald Scott Lasorsa

I hereby authorize North Capital Private Securities Corporation and its designated agents and representatives to conduct investigations and inquires into my employment, criminal, educational, and other related matters as may be necessary in arriving at a decision for future business opportunities to include but not limited to project funding.

North Capital Private Securities Corporation and its designated agents and representatives shall maintain all information received from this authorization in a confidential manner in order to protect the applicant's personal information, including, but not limited to, addresses, phone numbers, and dates of birth.

I hereby release employers, schools, and other persons from all liability in responding to inquires connected with my application and I specifically authorize the release of information from but not limited to any schools, businesses, individuals, services or other entities that may be discovered during this search. I authorize North Capital Private Securities Corporation and its designated agents and representatives to share and retain any information, records and data received in connection with this authorization with their partners and clients as deemed appropriate by them as may be related to the relevant business opportunity and as required or advisable to comply with any applicable legal and regulatory obligations.

Unless covered by a third party, I understand the fee for the investigations and inquiries authorized by me herein is $100, which I agree to pay or cause to be paid at the time of this authorization. I understand this fee is non-refundable regardless of my or North Capital Private Securities Corporation's decision to enter into a business relationship. I authorize North Capital Private Securities Corporation and its designated agents and representatives to charge the $100 fee to the credit card on file.

I acknowledge that I have read this authorization and release, fully understand it, and voluntarily agree to its provisions.

**Applicant Signature:** _[signed]_  **Date:** 6/21/23

## REQUIRED INFORMATION - PLEASE HAVE ALL "COVERED PERSONS" COMPLETE THIS FORM.

**Print Name:** Ronald Scott Lasorsa   **Social Security #:** 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

**Former Names / Dates used:** N/A

**Current Address:** 699 92nd Ave N, Naples FL 34108

**Former Address (if at current address less than 1 year):** 1311 E Park Circle Tampa FL 33604

**Date of Birth:** 8/22/66   **Telephone #:** 407-516-0196   **Email:** RSL@victorydfi.com

**Check One:**  ☒ I am a U.S. Citizen   ☐ I am not a U.S. Citizen

**Are you working with a funding portal, broker dealer, or funding platform?** ☒ Yes ☐ No
**If yes, please specify:** ChainRaise.io

## ATTESTATIONS

Have you committed any bad acts as defined in Rule 506(d) of Regulation D? ☐ Yes ☒ No

Have you ever been convicted of a federal, state, or municipal criminal offense? ☐ Yes ☒ No

Do you or your affiliates currently have any pending legal litigation against you? ☐ Yes ☒ No

Do you or your affiliates currently have any judgments? ☒ Yes ☐ No

Have you or your affiliates ever filed for bankruptcy, had a foreclosure, or granted a deed in lieu of foreclosure? ☐ Yes ☒ No

Any investor lawsuits, stop orders, SEC/ FINRA proceedings, state securities proceedings? ☐ Yes ☒ No

*If you responded "Yes" to any of the above attestations, please provide a signed written explanation of each.*