Ronald S. Lasorsa
121 Sharpsburg Road
Sharpsburg KY 40375
RSL@Nobetteradvocate.com
407-516-0196
www.nobetteradvocate.com

FILED

MAY 28 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

May 20, 2024

United States District Court
Eastern District of North Carolina
Clerk of Court
310 New Bern Avenue, Suite 174
Raleigh NC 27601

RE: Lasorsa v. Bell / No: 5:24–CV–00031-BO-RN

Dear Clerk of Court:

This will be my final submission. I apologize profusely for my multiple filings, driven by the complex nature of the case and the unfortunate circumstances I described in my previous correspondence dated May 15, 2024.

I am only a Pro Se Plaintiff, and I am doing the best I can. However, I now realize I made a mistake in my legal citation. The 7th Amendment guarantees the right to a jury trial in civil matters, not the 6th.

Given this error and the fact that Attorney Bell lost his appeal to secure jury trials for the Marines and their families, I must beg the Court to withdraw my request to modify my original complaint.

As a Marine Officer, I am morally obligated to subject myself to the same conditions as the rest of my community and will consent to a non-jury bench trial.

However, I will point out to the Court that Attorney Bell's late response to my original complaint, lying about being properly served and then losing his appeal, proves beyond a reasonable doubt that he is negligent in the performance of his duties as Lead Counsel.

By the formal procedures, please enter the following six documents into the docket record:

1- Amended Final Judgment Order for signature, dated May 20, 2024
2- Declaration Of Greg Rueb, dated December 1, 2022, in which he commits perjury.
3- Settlement Agreement, Release, Confidentiality, and Non-Disparagement Agreement with Greg Rueb.
4- Partial Final Award of the Arbitrator dated June 1, 2023, resulting from mandatory arbitration with Greg Rueb.

5- Final Award of the Arbitrator dated June 20, 2023, resulting from mandatory arbitration with Greg Rueb.
6- Background Check Authorization and SEC Mandatory Disclosure by Ronald S. Lasorsa dated June 21, 2023.

These documents represent the totality of the evidence I require for the Court to conduct a non-jury bench trial on the facts to award my Final Default Judgment.

I respectfully request a bench trial before the Honorable Magistrate Judge as soon as possible to confirm my default judgment and appointment as the Special Master.

Semper Fidelis,

Ronald S Lasorsa
Pro Se