Ronald S. Lasorsa
121 Sharpsburg Road
Sharpsburg KY 40375
RSL@Nobetteradvocate.com
407-516-0196

July 1, 2024

United States District Court
Eastern District of North Carolina
Clerk of Court
310 New Bern Avenue, Suite 174
Raleigh NC 27601

RE: Lasorsa v. Bell / No: 5:24–CV–00031-BO – Appointment as CLWL Settlement Master

Dear Clerk of Court:

Since my last correspondence on May 28, 2024, it has come to my attention that the Court is currently interviewing candidates for the role of Settlement Master. I found this information on the website https://www.lawsuit-information-center.com/camp-lejeune-water-lawsuit.html, which reported on April 22, 2024, that "Camp Lejeune attorneys on both sides are interviewing candidates to suggest potential Settlement Masters to help them find a path to a more reasonable global settlement plan."

Based on this report, I can state with absolute certainty that I am the most qualified person for the position of Settlement Master. That is because no other candidate the Court could be interviewing is as motivated and well prepared to cure the ongoing "conspiracy," "mail and wire fraud," and "identity theft" currently being perpetrated in the Court's jurisdiction as me.

That same website then posted on June 22, 2024, "According to the most recently filed joint status report, 261,293 administrative claims have been filed with the Navy under the CLJA." Based on my previous experience and first-hand knowledge of intake fraud, I estimate that as many as 25% of all administrative claims, or approximately 65,323 out of the 261,293 filed on that date, will prove to be meritless.

I respectfully submit the following three data points for the Court to consider. They credibly provide probable cause and create a duty for the Court to investigate my original complaint.

First, I present a new document dated July 5, 2017, labeled "*AkinMears, LLP v Alpha Law et al.*" In it, I am one of several parties accused of selling 14,453 "confirmed and valid fee agreements" for Transvaginal Mesh cases to the law firm AkinMears in 2015 for $40,000,000. After that transaction, an exhaustive audit conducted by AkinMears found that 2,857, or almost 20%, of those claims we sold were without merit. The facts as presented in the document are mostly true.

Second, I refer the Court to four additional documents: the *"Affidavit of Ronald S. Lasorsa,"* submitted to the Court on April 19, 2024, the *"Arbitration Partial Final Award,"* the *"Arbitration Final Award,"* and my non-disclosure *"Settlement Agreement,"* all submitted to the Court on May 28, 2024. These four documents describe my business dispute and subsequent mandatory arbitration with Attorney Greg Rueb. In summary, Attorney Rueb retained me as his consultant. Together, we generated over FIVE HUNDRED MILLION DOLLARS ($500,000,000) in legal fees in ten different mass tort lawsuits, with approximately 20% of all cases being meritless. Further, I have intentionally incurred a SIX HUNDRED AND SEVEN THOUSAND DOLLAR ($607,000) personal financial judgment by breaching my non-disclosure *"Settlement Agreement"* to bring this matter to the Court's attention. I did this because Attorney Rueb has been actively retaining cases in the CLWL litigation with his new firm, Rueb Stoller Daniels, and there is a significant probability that Attorney Rueb has done the same thing in the Court's jurisdiction.

Third, Mikal Watts is a plaintiff lawyer who has the dubious distinction of being prosecuted by the Department of Justice as described in their press release dated October 29, 2015: *"Seven Individuals Indicted for Conspiracy, Mail and Wire Fraud, and Identity Theft in Connection with Lawsuit Against BP."* Attorney Watts was ultimately acquitted of any wrongdoing, and to his credit, he conducted an extensive audit of his reported 6,000 cases in this litigation. In his audit, Attorney Watts admitted that he identified significant fraud as described in the Bloomberg Law Article dated October 30, 2023: *"Bogus Claims Threaten to Taint Lejeune Toxic Water Payouts."*

Based on these undisputed facts and the Court's intention to identify a Settlement Master, I have developed the *"Settlement Master Audit"* and *"Settlement Master Portal"* to help the Court achieve a more reasonable global settlement plan.

My appointment as Settlement Master will maintain the bellwether trial track process and avoid delays for legitimate plaintiffs with filed cases. I will focus solely on eliminating all meritless administrative claims and then organizing the remaining verified claims described in the document *"Final Judgment Order for Settlement Master."*

This is admittedly a bold and audacious plan. However, during my military career, I was the Commanding Officer of the Headquarters and Support Company for the School of Infantry at Camp Geiger, a base within Camp Lejeune. This tour of duty trained me to lead a large team of people to accomplish complex tasks. Assuming as many as 300,000 administrative claims could be filed by August 12, 2024; the Settlement Master's audit will require a workforce of 1,000 field agents to conduct an average of two claim verifications daily. This equates to 150 working days. I intend to parallel the Court's bellwether trial track process and complete the project in the calendar year 2025 without disrupting the Court's ongoing proceedings.

The Settlement Master Portal, as described in the document *"Settlement Master Portal— Description of the Data Processing, Data Access, and Data Protection,"* will ingest and analyze data from the litigation-management Rubris Crosslinks Platform and the Navy JAG Corps Claims Management Portal to provide the Court ongoing oversight of my activities.

By the formal procedures, please enter the following five documents into the docket record:

1- AkinMears, LLP v Alpha Law, et al; dated July 5, 2017.
2- Department of Justice Press Release dated October 29, 2015: Seven Individuals Indicted for Conspiracy, Mail and Wire Fraud, and Identity Theft in Connection with Lawsuit Against BP.
3- Bloomberg Law Article dated October 30, 2023: Bogus Claims Threaten to Taint Lejeune Toxic Water Payouts.
4- Proposed Final Judgment Order for Settlement Master.
5- Settlement Master Portal - Description of the Data Processing, Data Access, and Data Protection

I respectfully request that I be appointed Settlement Master so that I may begin the audit on behalf of the Court as soon as possible.


Semper Fidelis,

*[signature]*

Ronald S Lasorsa
Pro Se