# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006
EP13F May 2020

## UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS®


EI 578 229 024 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE (407) 516-0196
Ron Laso254
121 Sharpsburg Road
Sharpsburg KY 40375

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: (1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )
US District Court
310 New Bern Ave Ste 174
Raleigh NC

ZIP + 4® (U.S. ADDRESSES ONLY)
2 7 6 0 1 -

B/C

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

◀ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 4031 | Scheduled Delivery Date (MM/DD/YY): 7-2-24 | Postage: $30.45
Date Accepted (MM/DD/YY): 7-1-24 | Scheduled Delivery Time: ☑ 6:00 PM | Insurance Fee: | COD Fee:
Time Accepted: 2:37 ☐ AM ☑ PM | Return Receipt Fee: | Live Animal Transportation Fee:
Special Handling/Fragile: | Sunday/Holiday Premium Fee: | Total Postage & Fees:
Weight: lbs. ozs. ☑ Flat Rate | Acceptance Employee Initials: SC | $ 30.45

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

**RECEIVED**
JUL 08 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

LABEL 11-B, MAY 2021 | PSN 7690-02-000-9996


