UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:24-CV-00031

| | |
|---|---|
| **Ronald S. Lasorsa,**<br><br>    **Plaintiff,**<br>v.<br><br>**J. Edward Bell, II, Esq.,**<br><br>    **Defendant.** | **NOTICE OF SUBSTITUTION OF COUNSEL** |

  NOW COMES, the undersigned, Michael S. Rothrock of Wilson Elser Moskowitz Edelman & Dicker, LLP, and enters an appearance for J. Edward Bell, II. Further, the undersigned counsel hereby gives notice on behalf of J. Edward Bell, II of his substitution of counsel in place of Jeremy A. Stephenson formerly of Wilson Elser Moskowitz Edelman & Dicker, LLP. Defendant asserts that this substitution is on consent and will not unduly delay the proceedings or any pending deadlines in this matter.

  This 15th day of August, 2024.

                **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                /s/ Michael S. Rothrock
                Michael S. Rothrock, N.C. Bar No. 38469
                150 Fayetteville Street, Suite 300
                Raleigh, NC 27601
                T: 984.268.2109
                F: 984.268.2120
                E: michael.rothrock@wilsonelser.com
                *Attorney for Defendant*

**LEWIS BRISBOIS**

/s/Jeremy A. Stephenson_____
Jeremy A. Stephenson, N.C. Bar No. 34623
521 East Morehead Street, Suite 250
Charlotte, NC 28202
T: 704.926.3757
F: 704..557.9932
E: jeremy.stephenson@lewsbrisbois.com

## CERTIFICATE OF SERVICE

       I certify that I have filed this **NOTICE OF SUBSTITUTION OF COUNSEL** through the Court's ECF/electronic filing system, which constitutes service on the following parties:

Ronald S. Lasorsa
121 Shaprsburg Road
Sharpsburg, KY 40374
rsl@nobetteradvocate.com
*Plaintiff Pro Se*


Jeremy A. Stephenson, N.C. Bar No. 34623
Lewis Brisbois
521 East Morehead Street, Suite 250
Charlotte, NC 28202
Jeremy.Stephenson@lewisbrisbois.com


       This 15th day of August, 2024.

       **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Michael S. Rothrock _____
Michael S. Rothrock, N.C. Bar No. 38469
150 Fayetteville Street, Suite 300
Raleigh, NC 27601
T: 984.268.2109
F: 984.268.2120
E: michael.rothrock@wilsonelser.com
*Attorney for Defendant*