UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RONALD S. LASORSA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JAMES EDWARD BELL, III, | ) | 5:24-CV-31-BO-RN |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on plaintiff Ronald S. Lasorsa's motion for an entry of default, [DE 9], and defendant J. Edward Bell III's motion to dismiss plaintiff's complaint, [DE 5]. The appropriate responses and replies have been filed, or the time for doing so has expired. In this posture, the matters are ripe for ruling.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for a hearing is DENIED. [DE 14]. Further, plaintiff's motion for an entry of default is DENIED. [DE 9]. Defendant's motion to dismiss pursuant to Rule 12(b)(6) is GRANTED and plaintiff's claim is DISMISSED. [DE 5).

This case is closed.

**This judgment filed and entered on September 27, 2024, and served on:**
Ronald S. Lasorsa (via US Mail to 121 Sharpsburg Road, Sharpsburg, KY 40374)
Michael Rothrock (via CM/ECF NEF)

                                          PETER A. MOORE, JR., CLERK

September 27, 2024

                                          /s/ Lindsay Stouch
                                          By: Deputy Clerk